BELLE SPRINGS CREAMERY CO. v. MARSHALL et al.

(Court of Civil Appeals of Texas. Dallas. March 28, 1914.)

COURTS (§ 169*)—COUNTY COURT—JURISDICTION—AMOUNT IN CONTROVERSY.

Where plaintiff sued defendant in the county court on five notes, aggregating $942.75, with 10 per cent. interest and attorney's fees, praying judgment for the amount of the notes and fees, the amount in controversy exceeded the jurisdiction of the county court.

[Ed. Note.—For other cases, see Courts, Cent. Dig. §§ 413–425, 428–436, 443, 456, 458, 465; Dec. Dig. § 169.*]

Appeal from Dallas County Court; W. F. Whitehurst, Judge.

Action by the Belle Springs Creamery Company against A. F. Marshall and others. From a judgment in favor of defendants, plaintiff appeals. Reversed and dismissed.

George Sergeant and Meador & Davis, all of Dallas, for appellant. Ross M. Scott and Greenwood, Walker & Williamson, all of Dallas, for appellees.

RAINEY, C. J. This suit was instituted in the county court of Dallas county at law by appellant to recover against appellees on five promissory notes, aggregating in amount $942.75, with 10 per cent. interest and 10 per cent. attorney's fees. Defendants answered by general denial and specially that appellant was a foreign corporation, and had no permit to do business in this state, and that the contract between the parties was in derogation of the anti-trust statutes of this state. A trial resulted in a judgment for appellees, from which appellant prosecutes an appeal.

The record shows that the county court of Dallas county at law had no jurisdiction of the amount involved in this case. The notes sued on amount in the aggregate to $942.75, and 10 per cent. additional for attorney's fees makes the amount sued for, exclusive of interest, $1,037.02. Judgment for the

amounts of the notes and attorney's fees were prayed for, which, together, exceed the jurisdiction of the county court. Moore v. Foy (App.) 15 S. W. 199.

As said court had no jurisdiction of this cause, the judgment will be reversed, and the cause dismissed.